# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLES LINDEN, et al., | CASE NO. C17-966 RSM |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR ANSWERS, INITIAL DISCLOSURES AND JOINT STATUS REPORT** |
| X2 BIOSYSTEMS, INC., et al., | |
| Defendants. | |

This matter comes before the Court on the parties' stipulated motion to extend the following deadlines: (1) the deadlines for Defendants X2 Biosystems, John Wu, and Christopher Siege to file Answers to Plaintiffs' Complaint; (2) the deadline for initial disclosures; and (3) the deadline to file the Combined Joint Status Report and Discovery Plan. Having considered the parties' briefs and the documents submitted therewith, and deeming oral argument unnecessary, the Court GRANTS the parties' stipulated motion for good cause shown.

//

//

The Court sets the following deadlines per stipulation of the parties:

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 1
NO. 2:17-cv-00966-RSM

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711

| | |
|---|---|
| Deadline for Defendants X2 Biosystems, Wu, and Siege to file Answers to Plaintiffs' Complaint: | August 11, 2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | August 14, 2017 |
| Combined Joint Status report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | August 21, 2017 |

IT IS SO ORDERED this 3rd day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Attorneys for Plaintiffs Charles Linden and Ronald Lander:

FRANK FREED SUBIT & THOMAS LLP

By:   /s/ Christie J. Fix
Christie J. Fix, WSBA No. 40801
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1798
(206) 682-6711
(206) 682-0401 fax
cfix@frankfreed.com

REMENICK PLLC

By:   /s/ Michelle Safro Smith (by email authorization)
Michelle Safro Smith, *admitted pro hac vice*
1025 Thomas Jefferson Street NW
Suite 175
Washington, DC  20007
(202) 570-7378
msafro@remenicklaw.com

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO EXTEND
DEADLINES - 2
NO. 2:17-cv-00966-RSM

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  ~  (206) 682-6711

Attorneys for Defendants X2 Biosystems, Inc., and John Wu:

FOX ROTHSCHILD LLP

By: /s/ Skylar A. Sherwood (by email authorization)
Skylar A. Sherwood, WSBA No. 31896
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600
ssherwood@foxrothschild.com


Attorneys for Defendant Christopher Siege:

K&L GATES LLP

By: /s/ Todd L. Nunn (by email authorization)
Daniel P. Hurley, WSBA No. 32842
Todd L. Nunn, WSBA No. 23267
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
daniel.hurley@klgates.com
todd.nunn@klgates.com

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO EXTEND
DEADLINES - 3
NO. 2:17-cv-00966-RSM

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798 ~ (206) 682-6711