The Honorable Ricardo S. Martinez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLES LINDEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> X2 BIOSYSTEMS, INC., JOHN WU, CHRISTOPHER SIEGE, and BRIAN FLAIM <br><br> Defendants. | CASE NO. 2:17-CV-0966-RSM <br><br> **STIPULATION FOR POSTPONED DEPOSITION OF NONPARTY WITNESS** |

The parties, through their undersigned attorneys, stipulate as follows:

**STIPULATION**

1. On March 29, 2018, the parties stipulated to depositions of Defendants on April 18, 19, and 23, 2018 in New York City. Plaintiffs' counsel will be conducting the depositions.

2. Defendants prepared and have attempted to serve a subpoena upon Stephen Layfield to appear for deposition in Mobile, Alabama on April 23, 2018 at 9:00AM.

3. Plaintiffs' counsel wish to attend the deposition of Stephen Layfield.

4. The parties have agreed to postpone the deposition of Stephen Layfield until sometime between May 7 and 11, 2018 so that Plaintiffs' counsel can attend the deposition of Stephen Layfield.

STIPULATION FOR POSTPONED DEPOSITION
OF NONPARTY WITNESS - 1
NO. 2:17-cv-00966-RSM

REMENICK PLLC
1025 Thomas Jefferson St. NW, Ste. 175
Washington, DC 20007
202-570-7380

5. Defendants have agreed to serve a new subpoena upon Stephen Layfield to appear for deposition sometime between May 7 and 11, 2018.

Therefore, the parties stipulate to an extension of the discovery cut-off in this action for the sole purpose of allowing the deposition of Stephen Layfield to occur no later than May 11, 2018.

**IT IS SO ORDERED** this 16 day of April, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: /s/_____
Christie J. Fix, WSBA No. 40801
Michael Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1798
(206) 682-6711
(206) 682-0401 fax
cfix@frankfreed.com
msubit@frankfreed.com

By: /s/_____
Michelle Safro (admitted *pro hac vice*)
REMENICK PLLC
1025 Thomas Jefferson Street, NW
Suite 175
Washington, DC 20007
(202) 570-7380
(888) 570-7381 fax
msafro@remenicklaw.com

*Attorneys for Plaintiffs Charles Linden and Ronald Lander*

STIPULATION FOR POSTPONED DEPOSITION
OF NONPARTY WITNESS - 2
NO. 2:17-cv-00966-RSM

REMENICK PLLC
1025 Thomas Jefferson St. NW, Ste. 175
Washington, DC 20007
202-570-7380

By: /s/ (by email authorization
Kenneth J. Diamond, WSBA No. 27009
WinterBauer & Diamond, PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
(206) 676-8440
mail@winterbauerdiamond.com

By: /s/ (by email authorization
Michael R. Gordon (admitted *pro hac vice*)
Jay, J. Schecter (admitted *pro hac vice*)
GordonLaw LLP
51 Bedford Road, Suite 10
Katonah, New York 10536
200 Park Avenue, Suite 1700
New York, New York 10166
(914) 232-9500
(914) 992-6634 fax
mgordon@gordonlawllp.com
jschecter@gordonlawllp.com

*Attorneys for Defendants X2 Biosystems, Inc., John Wu, Brian Flaim, and Christopher Siege*

STIPULATION FOR POSTPONED DEPOSITION
OF NONPARTY WITNESS - 3
NO. 2:17-cv-00966-RSM

REMENICK PLLC
1025 Thomas Jefferson St. NW, Ste. 175
Washington, DC 20007
202-570-7380