UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES LINDEN AND RONALD LANDER,<br><br>                   Plaintiffs,<br><br>  v.<br><br>X2 BIOSYSTEMS, INC.,<br><br>                   Defendants. | No. 2:17-cv-00966-RSM<br><br>**STIPULATION AND ORDER FOR POSTPONED DEPOSITIONS OF NON-PARTY WITNESS AND PLAINTIFFS** |

The parties, through their undersigned attorneys, stipulate as follows:

## **STIPULATION**

1. On April 13, 2018, the parties submitted a Stipulation for Postponed Deposition of Non-Party Witness (Dkt. # 64).

2. Per the Stipulation, the parties stipulated to extend the discovery cut-off in this action for the sole purpose of allowing the deposition of Stephen Layfield to occur no later than May 11, 2018.

3. On April 16, 2018, the Court entered an order granting the stipulated request. (Dkt. # 65).

STIPULATION AND ORDER - 1
2:17-cv-00966-RSM

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440
Email: mail@winterbauerdiamond.com

4. Mr. Layfield has now advised that for personal and business reasons, including foreign travel, he is not available for a deposition before May 21, 2018, and then on May 23-25, and May 29-31.

5. Defendants have agreed to serve a new subpoena upon Mr. Layfield to appear for deposition on May 23, 2018 but may need to adjust that date to another date listed above to accommodate schedules.

6. In addition, the parties have agreed that Defendants' counsel will depose Plaintiffs Charles Linden and Ronald Lander on May 1-2, 2018 in Washington, D.C.

7. The parties do not seek to adjust the Case Schedule (including dispositive motions deadline and trial date) in this action other than as set forth herein.

Therefore, the parties stipulate to an extension of the discovery cut-off in this action for the sole purpose of allowing Plaintiffs Charles Linden and Ronald Lander to be deposed on May 1-2, 2018 and Stephen Layfield to be deposed no later than June 1, 2018.

**It is so ordered** this 20th day of April, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: _s/ Kenneth J. Diamond_____
Kenneth J. Diamond, WSBA No. 27009
Winterbauer & Diamond, PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
(206) 676-8440
mail@winterbauerdiamond.com
Attorneys for Defendants, X2 Biosystems, Inc.,

STIPULATION AND ORDER - 2
2:17-cv-00966-RSM

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
Telephone:  (206) 676-8440
Email:  mail@winterbauerdiamond.com

John Wu, Brian Flaim, and Christopher Siege

By: _s/ Michael R. Gordon_____
Michael R. Gordon (admitted pro hac vice)
Jay J. Schecter (admitted pro hac vice)
GordonLaw LLP
51 Bedford Road, Suite 10
Katonah, New York 10536
200 Park Avenue, Suite 1700
New York, New York 10166
(914) 232-9500
(914) 992-6634 fax
mgordon@gordonlawllp.com
jschecter@gordonlawllp.com
Attorneys for Defendants, X2 Biosystems, Inc., John Wu, Brian Flaim, and Christopher Siege

By: _s/ Christie J. Fix_____
Christie J. Fix, WSBA No. 40801
Michael Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1798
(206) 682-6711
(206) 682-0401 fax
cfix@frankfreed.com
Attorneys for Plaintiffs

By: _s/ Michelle Safro_____
Michelle Safro (admitted pro hac vice)
REMENICK PLLC
1025 Thomas Jefferson Street, NW
Suite 175
Washington, DC 20007
(202) 570-7380
(888) 570-7381 fax
msafro@remenicklaw.com
Attorneys for Plaintiffs

STIPULATION AND ORDER - 3
2:17-cv-00966-RSM

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440
Email: mail@winterbauerdiamond.com