UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES LINDEN AND RONALD LANDER,

                    Plaintiffs,

    v.

X2 BIOSYSTEMS, INC., ET AL.,

                    Defendants.

No. 2:17-cv-00966-RSM

**STIPULATION AND ORDER TO ADJUST NOTED DATE AND RELATED BRIEFING DEADLINES FOR MOTION TO STRIKE OR DISMISS**

The parties, through their undersigned attorneys, stipulate as follows:

## **STIPULATION**

1.      On May 22, 2018, Plaintiffs filed an Amended Complaint. (Dkt. #71).

2.      On June 5, 2018, Defendants will file a Motion to Strike or Dismiss the Amended Complaint ("Motion").

3.      Based on the local rules, the Motion would be noted for June 29, 2018, with Plaintiffs' opposition due June 26, 2018 and Defendants' reply due June 29, 2018.

4.      Michael Gordon (Defendants' lead counsel) will be out of the country and largely unavailable from June 20, 2018 to July 4, 2018, and therefore unable to participate in reviewing Plaintiff's opposition and drafting Defendants' reply.

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440
Email: mail@winterbauerdiamond.com

5. Due to Mr. Gordon's unavailability during that time, if the Court permits, the parties would like to adjust the noting date for Defendants' Motion (being filed June 5, 2018) from June 29, 2018 to July 13, 2018, with Plaintiffs' opposition due by July 9, 2018, and Defendant's reply due by July 13, 2018.

Therefore, the parties stipulate to adjusting the noting date for Defendants' Motion to Strike or Dismiss the Amended Complaint to July 13, 2018, with Plaintiffs' opposition due by July 9, 2018, and Defendant's reply due by July 13, 2018.

It is so ORDERED this 5 day of June 2018.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: _s/ Kenneth J. Diamond_____
Kenneth J. Diamond, WSBA No. 27009
Winterbauer & Diamond, PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
(206) 676-8440
mail@winterbauerdiamond.com
Attorneys for Defendants, X2 Biosystems, Inc.,
John Wu, Brian Flaim, and Christopher Siege

By: _s/ Michael R. Gordon_____
Michael R. Gordon (admitted pro hac vice)
Jay J. Schecter (admitted pro hac vice)
GordonLaw LLP
51 Bedford Road, Suite 10
Katonah, New York 10536
200 Park Avenue, Suite 1700
New York, New York 10166
(914) 232-9500
(914) 992-6634 fax

STIPULATION AND ORDER TO ADJUST NOTED
DATE AND RELATED DEADLINES FOR MOTION
TO STRIKE OR DISMISS- 2
2:17-cv-00966-RSM

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
Telephone:  (206) 676-8440
Email:  mail@winterbauerdiamond.com

1 | mgordon@gordonlawllp.com
jschecter@gordonlawllp.com
2 | Attorneys for Defendants, X2 Biosystems, Inc.,
John Wu, Brian Flaim, and Christopher Siege

3 |
By: _s/ Christie J. Fix_____
4 | Christie J. Fix, WSBA No. 40801
Michael Subit, WSBA No. 29189
5 | FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
6 | Seattle, Washington 98104-1798
(206) 682-6711
7 | (206) 682-0401 fax
cfix@frankfreed.com
8 | Attorneys for Plaintiffs

9 | By: _s/ Michelle Safro_____
Michelle Safro (admitted pro hac vice)
10 | REMENICK PLLC
1025 Thomas Jefferson Street, NW
11 | Suite 175
Washington, DC 20007
12 | (202) 570-7380
(888) 570-7381 fax
13 | msafro@remenicklaw.com
Attorneys for Plaintiffs

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

STIPULATION AND ORDER TO ADJUST NOTED
DATE AND RELATED DEADLINES FOR MOTION
TO STRIKE OR DISMISS- 3
2:17-cv-00966-RSM