UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES LINDEN and RONALD LANDER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>X2 BIOSYSTEMS, INC., *et al.*,<br><br>　　　　Defendants. | Case No. C17-0966RSM<br><br>ORDER GRANTING MOTION TO FILE UNDER SEAL |

THIS MATTER comes before the Court on Plaintiffs' Motion to Seal. Dkt. #91. Plaintiff seeks to file under seal Exhibits D, E, F, G and I to the Declaration of attorney Michelle Safro in Support of Plaintiff's Motion for Leave to Amend their Complaint. *Id.* These documents were marked "Confidential" by Defendants under the parties' Protective Order.

"There is a strong presumption of public access to the court's files." Local Rule CR 5(g)(2). For nondispositive motions, "this presumption may be overcome by a showing of good cause." *Id*. Four of the documents – Exhibits D, E, F and G – are employment agreements of non-parties that contain confidential compensation and other benefits not known to the public. The last document – Exhibit I – is a confidential, private stock offering plan, which contains fiscal projections through 2019. Dkt. #95. The Court has reviewed the motion,

ORDER - 1

along with the remainder of the record, and now finds good cause to GRANT the motion. The documents contain sensitive employment information for non-parties to this litigation, and fiscal information that could be harmful if made public. Given the nature of the documents, it is not feasible to redact them.

Accordingly, the Court hereby ORDERS:

1. Plaintiffs' Motion to Seal (Dkt. #91) is GRANTED.
2. Exhibits D, E, F, G and I to the Declaration of Michelle Sanfro (Dkt. #95) shall REMAIN UNDER SEAL.

DATED this 26th day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2